19-2129

Calvin A. Goldsberry

66 Abbey Lane Apt 1C

Newark, DE 19711



November 06, 2019

RE: Calvin Goldsberry against Nemours

EEOC Charge No. 530-2019-00726

This letter is to serve as a reservation of my rights to file my complaint in the U.S. District Court as instructed by the EEOC as I do not agree with the decision made. I have included copies of the information I received from the EEOC. I will look forward to hearing from the court about how to continue on with my next steps.

Sincerely

Calvin A. Goldsberry

302-287-8409



Calvin Goldsberry
66 Abbey Lane Apt 1C
Newark, DE 19711

U.S. District Court
844 King Street Unit 18
Wilmington, DE 19801

FILED
NOV 12 2019
US DISTRICT COURT
DISTRICT OF DELAWARE

WILMINGTON DE 197
08 NOV 2019 PM 4 T

U.S.M.S.
X-RAY

1980183570