IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CALVIN GOLDSBERRY, | ) |
| Plaintiff, | ) ) ) |
| v. | ) C.A. No. 19-2129 (MN) ) |
| NEMOURS AI DUPONT HOSPITAL FOR CHILDREN, | ) ) ) ) |
| Defendant. | ) |

## ORDER

At Wilmington this 17th day of December 2019,

WHEREAS, on November 20, 2019, the Court entered an order requiring Plaintiff to submit a long form *in forma pauperis* application or pay the filing fee in full (D.I. 3);

WHEREAS, Plaintiff was ordered to comply with the Court within twenty-one days from the date of the Order and was warned that his failure to comply would result in dismissal of the case; and

WHEREAS, the time has lapsed and Plaintiff has not complied with the November 20, 2019 order.

THEREFORE, IT IS HEREBY ORDERED that:

1. The Complaint is DISMISSED without prejudice.

2. The Clerk of Court is directed to CLOSE the case.

The Honorable Maryellen Noreika
United States District Judge