(Del. Rev. 11/14) Pro Se General Complaint Form

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

Calvin Goldsberry

_____

_____

*(In the space above enter the full name(s) of the plaintiff(s).)*

-against-

Nemours/Dupont Hospital for Children

_____

_____

_____

*(In the space above enter the full name(s) of the defendant(s).
If you cannot fit the names of all of the defendants in the
space provided, please write "see attached" in the space
above and attach an additional sheet of paper with the full list
of names. The names listed in the above caption must be
identical to those contained in Section I. Do not include
addresses here.)*

FILED

DEC 27 2019

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Civ. Action No. _____
(To be assigned by Clerk's
Office)

## COMPLAINT
## (Pro Se)

Jury Demand?
☑ Yes
☐ No

---

### NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from
public access to electronic court files. Under this rule, papers filed with the court should *not*
contain: an individual's full social security number or full birth date; the full name of a person
known to be a minor; or a complete financial account number. A filing may include *only*: the
last four digits of a social security number; the year of an individual's birth; a minor's initials;
and the last four digits of a financial account number.

If this is an employment discrimination claim or social security claim, please use a different
form.

**Plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other
materials to the Clerk's Office with this complaint.**

(Del. Rev. 11/14) Pro Se General Complaint Form

## I.    PARTIES IN THIS COMPLAINT

### Plaintiff

*List your name, address and telephone number. If you are presently in custody, include your identification number and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.*

Plaintiff:    Goldsberry, Calvin A.
Name (Last, First, MI)

66 Abbey Lane Apt 1C
Street Address

Newark,          DE          19711
County, City          State          Zip Code

302-287-8409          Cgoldsb25@yahoo.com
Telephone Number          E-mail Address (if available)

### Defendant(s)

*List all defendants. You should state the full name of the defendants, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant can be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.*

Defendant 1:    Nemours / AI Dupont Hospital
Name (Last, First)

1600 Rockland Road
Street Address

Wilmington,          DE          19803
County, City          State          Zip Code

Defendant 2:    _____
Name (Last, First)

_____
Street Address

_____
County, City          State          Zip Code

(Del. Rev. 11/14) Pro Se General Complaint Form

## Defendant(s) Continued

Defendant 3: _____
Name (Last, First)

_____
Street Address

_____
County, City            State            Zip Code

Defendant 4: _____
Name (Last, First)

_____
Street Address

_____
County, City            State            Zip Code

## II.    BASIS FOR JURISDICTION

*Check the option that best describes the basis for jurisdiction in your case:*

☐ **U.S. Government Defendant:** United States or a federal official or agency is a defendant.

☐ **Diversity of Citizenship:** A matter between individual or corporate citizens of different states and the amount in controversy exceeds $75,000.

☑ **Federal Question:** Claim arises under the Constitution, laws or treaties of the United States.

If you chose "Federal Question", state which of your federal constitutional or federal statutory rights have been violated.

Discrimination against a handicapped individual/ wrongful termination of employment which created substantial financial hardship. Handicap is physical + mental limitations due to stroke.

(Del. Rev. 11/14) Pro Se General Complaint Form

## III.    VENUE

*This court can hear cases arising out of the Counties of New Castle, Kent, and Sussex in the State of Delaware.*

*Under 28 U.S.C § 1391, this is the right court to file your lawsuit if: (1) All defendants live in this state AND at least one of the defendants lives in this district; OR (2) A substantial part of the events you are suing about happened in this district; OR (3) A substantial part of the property that you are suing about is located in this district; OR (4) You are suing the U.S. government or a federal agency or official in their official capacities and you live in this district. Explain why this district court is the proper location to file your lawsuit.*

Venue is appropriate in this Court because:

It is in New Castle County

## IV.    STATEMENT OF CLAIM

Place(s) of occurrence:    Nemours / Dupont

Date(s) of occurrence:    5/18 - 11/18

*State here briefly the FACTS that support your case. Describe how each defendant was personally involved in the alleged wrongful actions.*

**FACTS:**

| | |
|---|---|
| What happened to you? | I suffered a stroke at the end of December 2017. I was out of work until April 2018. During my leave of absence I was called at home and asked when I would be returning to work without being asked how I was doing. I went to work after the stroke and had to excuse myself to go to the bathroom and was followed to the bathroom and told |

Page 4 of 8

(Del. Rev. 11/14) Pro Se General Complaint Form

that I would not be able to take any breaks because a coworker had called out that day. I informed her I was not feeling well and was having trouble focusing, typing and even walking. I asked her if I could leave and she informed me it would be an occurence. I was not offered any assistance in getting to the parking garage nor did anyone check to see if I made it home safely. I returned to work in April because of financial issues due to problems with my short term disability payments coming sporadically and not having the ability to pay bills. My doctor only allowed me to work part time hours until she cleared me for full time. The nature of the work I did at Nemours requires re-acclimation for employees who have been out for a long period of time but I was never given a chance to sit with a coach or even read email. I was on the phones.

| Was anyone else involved? |
|---|

Pam Peralis

Kim Riggs

Charis Gist

Over the next few months there was a few issues I discussed with management but I was still not given an opportnity to Re-Acclamate myself to the job.

(Del. Rev. 11/14) Pro Se General Complaint Form

Who did what?

On November 1st 2017 Charis pulled me into an office down the hall where Kim Riggs was sitting with some people from Human Resources that I had never met before and terminated my Employment with Nemours.

(Del. Rev. 11/14) Pro Se General Complaint Form

## V.    INJURIES

*If you sustained injuries related to the events alleged above, describe them here.*

I did not sustain physical injuries.
I did have to move because of difficulty paying rent.
My credit was ruined because I could not afford to
pay credit card bills.
I also had to drop out of my Masters Degree program
because I could not afford to pay a balance owed to the
school.

## VI.    RELIEF

The relief I want the court to order is:

☑    Money damages in the amount of: $ 15,000.00

☐    Other (explain):

To cover lost income from 11/1/18 - 5/8/19 when
I started working full time again.
Approx $1250 bi weekly - $2500.00 Mo. X 6 Mo.

(Del. Rev. 11/14) Pro Se General Complaint Form

## VII.   CLOSING

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; and (3) complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

_12/20/19_
Dated

_Calvin A. Goldsberry_
Plaintiff's Signature

_Goldsberry, Calvin A._
Printed Name (Last, First, MI)

_66 Abbey Lane Apt 1C_        _Newark_,  _DE_  _19711_
Address                                  City                     State        Zip Code

_302-287-8409_
Telephone Number

_Cgoldsbe25@yahoo.com_
E-mail Address (if available)

*List the same information for any additional plaintiffs named. Attach additional sheets of paper as necessary.*

**Plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.**