IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CALVIN GOLDSBERRY, | ) |
| Plaintiff, | ) ) ) |
| v. | ) C.A. No. 19-2129 (MN) ) |
| NEMOURS AI DUPONT HOSPITAL FOR CHILDREN, | ) ) ) ) |
| Defendant. | ) |

## ORDER

At Wilmington this 20th day of February 2020,

WHEREAS, on January 8, 2020, the Court entered an Order that denied Plaintiff's request to proceed *in forma pauperis* and required him to pay the filing fee in full within thirty days from the date of the order (D.I. 8);

WHEREAS, Plaintiff was warned that his failure to comply would result in dismissal of the case (D.I. 8); and

WHEREAS, the time has lapsed, and Plaintiff has not paid the filing fee.

THEREFORE, IT IS HEREBY ORDERED that:

1. The Complaint is DISMISSED without prejudice.

2. The Clerk of Court is directed to CLOSE the case.

*/s/ Maryellen Noreika*
The Honorable Maryellen Noreika
United States District Judge